IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN DEAN BEALL, | |
| Plaintiff, | 8:22CV201 |
| vs. | |
| DOUGLAS COUNTY JAIL, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on its own motion. On August 22, 2022, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the filing fee assessed by the Court on June 21, 2022.[1] To date, Plaintiff has not shown cause for his failure to pay the filing fee and has not paid the filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the Court's filing fee, and for failure to comply with a Court order. The Court will enter judgment by a separate document.

2. The Clerk of the Court is directed to send a copy of this Memorandum and Order and the Judgment to Plaintiff at the address provided by Plaintiff in Filing No. 13, Case No. 8:22CV217.

---

[1] The Court is aware from Plaintiff's September 30, 2022 filing in another case, 8:22CV217, that Plaintiff is no longer in custody at the Douglas County Correctional Center and was transferred to a residential treatment program on or about September 7, 2022. *See* Filing No. 13, Case No. 8:22CV217. However, there is no indication that Plaintiff did not receive the Court's August 22, 2022 order to show cause as the order was never returned to the Court as undeliverable.

Dated this 3rd day of October, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge